Submitted on remand from the Oregon Supreme Court April 2, reversed and remanded May 28, 1997

STATE OF OREGON,
*Appellant,*

*v.*

SAMUEL ROBERT RUDDER,
*Respondent.*

(93NB1223; CA A82625)

937 P2d 1262

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Jonathan H. Fussner, Assistant Attorney General, for appellant.

Sally L. Avera, Public Defender, and Andy Simrin, Deputy Public Defender, for respondent.

Before Deits, Presiding Judge, and De Muniz and Haselton, Judges.

PER CURIAM

Reversed and remanded. *State v. Webb*, 324 Or 380, 927 P2d 79 (1996).